FILED

NOV - 9 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 4:16-mj-71436-MAG-1 (DMR) |
|---|---|
| v. | Charging District: Eastern District of Louisiana, New Orleans |
| Darren Brandon Williams, Defendant. | Charging District's Case No.: 16-122 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | Courtroom No.: B335 |
|---|---|
| | Mag. Judge Daniel E. Knowles, III |
| | Date and Time: November 16, 2016 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: November 9, 2016

_____
DONNA M. RYU
United States Magistrate Judge

cc: Copy to parties via ECF, Pret. Svcs.
Mag. Judge Knowles, U.S. Marshal